


**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
Plaintiff,
v.
JOEL GONZALEZ GARCIA,
Defendant.

Case No. 25-MJ-1557

ORDER OF DETENTION

I.

On April 9, 2025, Defendant Joel Gonzalez Garcia made his initial appearance on the criminal complaint filed in this case. Deputy Federal Public Defender Kyra Nickell was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Alix Sandman. A detention hearing was held. .

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also

considered the report and recommendation prepared by United States Probation and Pretrial Services.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ Information about Defendant's background is unverified.

☒ Lack of bail resources. The Court will not release the Defendant on his own recognizance or a signature bond given his lack of legal status in the United States, and unverified information regarding residence, family ties, employment, travel, financial status and health.

☒ Defendant is alleged to have entered the United States without permission after being deported in 2018, following his convictions for robbery, possession of controlled substances and possession of a dangerous weapon.

☒ Defendant is alleged to have used multiple variations of his name and has a suspended or revoked driver's license.

As to danger to the community:

☒ felony criminal convictions and extensive law enforcement contacts including as recently as January 2025.

V.

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in

which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: April 9, 2025

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE